IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 06-00106-01-CR-W-GAF |
| | ) | |
| ROY T. HUGHES, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Now pending before the Court is defendant's Motion to Suppress Evidence (Doc. #19). Defendant seeks to suppress "all evidence and testimony relating to such evidence obtained as a result of his detention and search on August 11, 2005. On July 5, 2006, United States Magistrate Judge Sarah W. Hays held an evidentiary hearing on defendant's motion.

On August 8, 2006, United States Magistrate Judge Sarah W. Hays issued her Report and Recommendation. On August 15, 2006, defendant filed his objections to the Report and Recommendation.

Upon careful and independent review of the pending motion, defendant's objections to the Magistrate's Report and Recommendation, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge Sarah W. Hays.

Accordingly, it is hereby ORDERED that Defendant's Motion to Suppress Evidence (Doc. #19) is OVERRULED and DENIED.

SO ORDERED.

                                                  /s/ Gary A. Fenner
                                                  GARY A. FENNER, JUDGE
                                                  United States District Court

DATED:   August 29, 2006